# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00136-CV

**The Peninsula on Lake Austin Common Area Council of Owners, Inc.; Dr. David Jones; Everett Carmody; Jill Lear Williams; and Michael Lehrter, Appellants**

**v.**

**J. Lloyd Moore, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000820, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants The Peninsula on Lake Austin Common Area Council of Owners, Inc.; Dr. David Jones; Everett Carmody; Jill Lear Williams; and Michael Lehrter have filed a motion to dismiss this appeal.[1]  Appellants' motion informs the Court that the trial court vacated its final judgment while it still retained plenary power over the case.  We grant appellants' motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

---

[1]  Although the certificate of conference indicated that the motion was opposed when filed, appellee filed no response explaining his opposition to the motion or arguing that dismissal would prevent the appellee from seeking relief to which he would otherwise be entitled.  *See* Tex. R. App. P. 42.1(a).

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellants' Motion

Filed:   May 16, 2023